# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGEL SANTOS,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 07-5153** |
| **TROY LEVI, ET AL.,** : | |
| Respondent. : | |

## ORDER

**AND NOW**, this _____ day of September, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and the Government's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Carol Sandra Moore Wells, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**, and

2. The habeas petition is **DISMISSED** without an evidentiary hearing.

BY THE COURT:

/s/ Petrese B. Tucker

**Honorable Petrese B. Tucker, U.S.D.J.**